1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   Meghan E. George (SBN 274525)
3  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
4  21550 Oxnard St., Suite 780
   Woodland Hills, CA 91367
5  Phone: 323-306-4234
6  Fax: 866-633-0228
7  tfriedman@ toddflaw.com
   abacon@ toddflaw.com
8  mgeorge@toddflaw.com
9  *Attorneys for Plaintiff*

10              **UNITED STATES DISTRICT COURT**
11             **CENTRAL DISTRICT OF CALIFORNIA**
12

| **CHRISTIAN IBARRA**, | ) | Case No. 2:20-CV-03624-TJH-GJS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| v. | ) | **DISMISSAL OF ENTIRE ACTION** |
| | ) | **WITHOUT PREJUDICE** |
| **411 LOCALS,** | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice as to the individual and class claims.  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 21st day of April, 2020.


By:    s/Todd M. Friedman
       Todd M. Friedman, Esq.
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiff

Filed electronically on this 21st day of April, 2020 with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Terry J. Hatter, Jr
United States District Court
Central District of California

And all Counsel of Record as recorded on the Electronic Service List.


This 21st day of April, 2020

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN